**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| |
|---|
| **LARRY BELL** |
| **Petitioner,** |
| **v.** |
| **DAVID H. LARKINS,** *et al.* |
| **Respondents.** |

**CIVIL ACTION NO. 99-1985**

## ORDER

**AND NOW**, this 3rd day of January 2019, this case having been reassigned from the docket of the Honorable Louis Bechtle, and upon consideration of Petitioner's Motion for Relief from Judgment Pursuant to Federal Rules of Civil Procedure 60(b)(5) and (6) [Doc. No. 39], and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that the Motion is **DENIED**. There is no probable cause to issue a certificate of appealability.[1]

It is so **ORDERED**.

BY THE COURT:

**/s/ Cynthia M. Rufe**

_____

**CYNTHIA M. RUFE, J.**

---

[1] *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).