IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LARRY BELL

Petitioner,

v.

DAVID H. LARKINS, et al.

Respondents.

CIVIL ACTION NO. 99-1985

FILED
JAN 31 2019

**ORDER**

AND NOW, this 31st day of January 2019, upon consideration of Petitioner's Motion for Leave to Proceed *In Forma Pauperis* [Doc. No. 44], it is hereby **ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE**. Petitioner must file a certified account statement showing all receipts, expenditures, and balances during the last six months in his institutional account no later than **February 28, 2019,** and upon receipt the Court will consider the motion again.

It is so **ORDERED**.

BY THE COURT:

*/s/ Cynthia M. Rufe*
CYNTHIA M. RUFE, J.

ENT'D FEB 01 2019