BLD-206  June 6, 2019
**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

C.A. No. **19-1255**

LARRY BELL, Appellant

VS.

SUPERINTENDENT DALLAS SCI, ET AL.

(E.D. Pa. Civ. No. 2-99-cv-01985)

Present: AMBRO, KRAUSE and PORTER, Circuit Judges

Submitted is Appellant's request for a certificate of appealability under 28 U.S.C. § 2253(c)(1) in the above-captioned case.

Respectfully,

Clerk

_____ORDER_____

Appellant's application for a certificate of appealability is denied. See 28 U.S.C. § 2253(c); Morris v. Horn, 187 F.3d 333, 340-41 (3d Cir. 1999) (requiring a certificate of appealability to appeal a district court's denial of a motion under Fed. R. Civ. P. 60(b)). Reasonable jurists would not debate the District Court's ruling that Appellant was not entitled to relief on the basis of his April 2018 motion filed pursuant to Federal Rule Civil Procedure 60(b). See Slack v. McDaniel, 529 U.S. 473, 484 (2000); Morris, 187 F.3d at 341.

By the Court,

s/David J. Porter
Circuit Judge

Dated: June 7, 2019
Lmr/cc: Larry L. Bell
Max C. Kaufman

**A True Copy:**

*Patricia A. Dodszuweit*

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate